# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-3097
Lower Tribunal No. CF09-009176-XX

_____

JOEY DELBERT MIDGETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and WHITE, JJ., and LAMBERT, B.D., JJ., concur.


Joey Delbert Midgett, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED